# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**ANTWON STALLWORTH,**

    **Plaintiff,**

**v.**	        **Case No. 3:12cv398/MCR/CJK**

**WALTER WHITE, et al.,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

This case, filed pursuant to 42 U.S.C. § 1983, is before the Court upon referral from the Clerk. On September 6, 2013, the Court entered an order (doc. 17) finding plaintiff's second amended complaint deficient and directing plaintiff to file, within thirty days, either a notice of voluntary dismissal or a third amended complaint. To date, plaintiff has not complied with the order, and has not responded to the Court's October 16, 2013 order (doc. 18) requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 12th day of November, 2013.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).