**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ANTWON STALLWORTH,**

      **Plaintiff,**

**v.**                                       **Case No. 3:12cv398/MCR/CJK**

**WALTER WHITE, et al.,**

      **Defendants.**

_____/

## ORDER

      Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 12, 2013 (doc. 19), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

      Accordingly, it is now ORDERED as follows:

      1.  The Magistrate Judge's Report and Recommendation (doc. 19) is adopted and incorporated by reference in this order.

      2.  This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

      3.  The Clerk shall close the file.

      DONE AND ORDERED this 16th day of December, 2013.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**